# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2017

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 4:17-mj-07140-MKD |
| RENE RAMOS | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the 27th day of July, 2017, in the county of Benton in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C.§ 841(a)(1), (b)(1)(A)(viii) | Possession with Intent to Distribute 50 grams or more of Actual Methamphetamine |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*
TFO Doug Stanley – FBI / EWVGSSTF

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: Jul 28, 2017, 8:20 am

_____
*Judge's signature*
Mary K. Dimke, United States Magistrate Judge

*Printed name and title*

City and state: Yakima, Washington

P40306jm.SLA