FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2017

SEAN F. McAVOY, CLERK

*AUSA: SAV/CAB*

*County of Investigation: Benton*

*In Re: Affidavit in Support of Criminal Complaint charging Rene Ramos with Possession with the Intent to Distribute 50 grams or more of actual methamphetamine, in violation of 21 U.S.C.§ 841(a)(1), (b)(1)(A)(viii).*

### AFFIDAVIT

| | |
|---|---|
| STATE OF WASHINGTON | ) |
|  | ) ss |
| County of Benton | ) |

I, Douglas L. Stanley, a Task Force Officer with the Federal Bureau of Investigation, being duly sworn, deposes and states:

### INTRODUCTION

1. This affidavit is submitted in support of a criminal complaint charging Rene Ramos with Possession with the Intent to Distribute 50 grams or more of actual methamphetamine, in violation of 21 U.S.C.§ 841(a)(1), (b)(1)(A)(viii).

2. As this Affidavit is being submitted for a limited purpose, this Affidavit does not contain all facts related to this case know to your Affiant, law enforcement officers, and other witnesses. This Affidavit only contains sufficient information to establish probable cause to charge the Defendant with these crimes.

3. I currently am a full time Sheriff's Detective for the Benton County Sheriff's Office, and have been so employed since December of 1998. In June of 2009, I was selected as a Task Force Officer with the Federal Bureau of

Investigation's Violent Gangs Task Force. Since June of 2009, I have participated in the investigations of several criminal enterprises involved in drug trafficking, money launders and firearm violations at the State and Federal level. It is as a TFO that I submit this Affidavit in support of Complaint.

4. On July 25, 2017, I presented an affidavit of probable cause to United States Magistrate Judge Mary K. Dimke. Judge Dimke approved and issued a federal search warrant for the search of a residence located as 2100 Bellerive Drive apartment V218 Richland, Washington (2:17-MJ-07136-MKD). Your affiant had an ongoing drug trafficking investigation relative to this residence and a subject identified as Rene RAMOS. Your affiant had previously identified RAMOS utilizing this residence as well as his identified girlfriend Dawnell M. Smith.

5. On July 27, 2017 members of the FBI and local law enforcement executed the search warrant. Once inside the apartment, a subject named Cristian Godinez, was identified as the sole occupant of the apartment. Your affiant knows that Godinez is a target of an ongoing and related DEA drug trafficking investigation.

6. A search of the residence resulted in the discovery of several cellular telephones, United States currency and plastic wrap. The plastic wrap bundles were consistent with the type of exterior packaging of controlled substance packages and bulk currency bundles. One of the plastic wrap bundles was the size and shape of bulk currency and had the word "Pesos" written on it.

7. I advised Cristian Godinez of his constitutional rights which he waived. Cristian Godinez stated he completed high school and read and understood English. Cristian Godinez advised he obtained the apartment from a Craigslist ad and could not provide information about obtaining the key or who he had obtained

Affidavit of FBI TFO Douglas L. Stanley - 2
SAV.Affidavit.docx

the key from. Cristian Godinez made a comment about needing an attorney but continued to engage me in conversation. I stopped Cristian Godinez and asked for him to clarify his position on continuing the conversation without an attorney. Cristian Godinez stated he couldn't "think right now". I stopped the interview with Godinez.

8. During the execution of this search warrant, I was in regular communication with DEA Special Agents Spencer Savage and Tom Sullivan relative to these related investigations. I was aware that SA Savage had probable cause to arrest Cristian Godinez. I was further aware that SA Savage had obtained a federal search warrant for a residence located at 1508 W. 47th Avenue Kennewick, Washington. I am not aware of the complete details of SA Savages' investigation however, SA Savage and I had discussed the overlap between his investigation and my investigation of Rene Ramos. The timing of the execution of the search warrants at 1508 W. 47th and 2100 Bellerive Drive apartment V218, were coordinated by SA Savage and myself.

9. On the same date and time (July 27, 2017) your affiant was advised by SA Sullivan that members of the DEA and local law enforcement executed the aforementioned federal search warrant at 1508 W. 47th Avenue Kennewick, Washington. SA Sullivan was present at the location and advised me that Dawnell M. Smith and her minor children were located inside the residence.

10. SA Sullivan reported to your affiant that the search of 1508 W. 47th Avenue resulted in the discovery of approximately one pound of purported methamphetamine and an approximately one ounce of purported heroin. A sample of the purported narcotics was tested and tested presumptive positive for the presence of methamphetamine and heroin. The suspected narcotics were located on

Affidavit of FBI TFO Douglas L. Stanley - 3
SAV.Affidavit.docx

a shelf, in the closet of the master bedroom. Both men's and women's clothing were present in the closet and was confirmed by Smith to be her and RAMOS' bedroom. Agents also located a digital scale. SA Sullivan further advised that dominion paperwork in the name of Rene Ramos was also located in the master bedroom and throughout the residence.

11. According to Dawnell Smith, Rene Ramos and her have a child together. Rene Ramos is married but she considers Rene Ramos her boyfriend who stays at 1508 W. 47th Avenue three to four days a week. Smith denied any knowledge as to the presence of the narcotics.

12. Rene Ramos arrived at 1508 W. 47th Avenue in a 2006 Lexus GS3, bearing Washington license BCE6713. Rene Ramos was advised that he was under arrest. Rene Ramos asked why he was under arrest and further stated that he did not live at the residence. SA Sullivan commented that Rene Ramos was going to let Ms. Smith be arrested with the methamphetamine and heroin located in the residence. Rene Ramos stated that Dawnell Smith had nothing to do with the drugs and that the drugs were his.

13. Rene Ramos was advised of his constitutional rights and indicated that he wished to speak to a lawyer. No further questioning occurred after Rene Ramos indicated he wanted an attorney. SA Sullivan did later approach Rene Ramos to ask him for the telephone number for his mother. Rene Ramos asked why the telephone number was needed. SA Sullivan explained that someone needed to take custody of the children. Rene Ramos again stated that Dawnell had nothing to do with the drugs and that the drugs were his.

## **CONCLUSION**

14.     Based upon the facts and on your Affiants training and experience, your affiant believes that probable cause exists to charge Rene RAMOS Possession with the Intent to Distribute 50 grams or more of actual methamphetamine, in violation of 21 U.S.C.§ 841(a)(1), (b)(1)(A)(viii).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_____
Douglas L. Stanley, Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically this  28  day of July, 2017.

_____
Honorable Mary K. Dimke
United States Magistrate Judge

Affidavit of FBI TFO Douglas L. Stanley - 5
SAV.Affidavit.docx